IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERIC T. WRHEL,

      Plaintiff,

JUDGMENT IN A CIVIL CASE

16-cv-115-jdp

v.

MITCH MCCONNELL,

      Defendant.

      This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case with prejudice as frivolous.

| /s/ | 3/14/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |